In the Matter of BENJAMIN P. WHITAKER, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner.—Resignation accepted and name stricken from the roll

of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.